**ALLIANCE FOR the WILD ROCKIES;**
**Native Ecosystems Council,**
**Plaintiffs–Appellants,**

v.

**Jane L. COTTRELL, in her official capacity as acting Regional Forester; United States Forest Service, an agency of the United States Department of Agriculture, Defendants–Appellees.**

**No. 09–35756.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 2, 2010.

Filed June 24, 2010.

Matthew Kellogg Bishop, Western Environmental Law Center, Helena, MT, Susan Jane McKibben Brown, Western Environmental Law Center, Portland, OR, for Plaintiffs–Appellants.

John Emad Arbab, U.S. Department of Justice, Washington, DC, Mark Steger Smith, Esquire, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Defendants–Appellees.

---

\* The Honorable Linda R. Reade, United States District Court Judge for the Northern District of Iowa, sitting by designation.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: W. FLETCHER and RAWLINSON, Circuit Judges, and MOSMAN,* District Judge.

ORDER **

We reverse the order of the district court denying Plaintiffs–Appellants' motion for a preliminary injunction.

We remand this action to the District Court for the District of Montana, with direction to enter a preliminary injunction ordering Defendants forthwith to cease implementation of the Rat Creek Salvage Project.

An opinion will follow in due course.

---

* Hon. Michael W. Mosman, United States District Judge for District of Oregon sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.